TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00628-CV

Timothy James Winters, Appellant

v.

Office of the Attorney General, Appellee

FROM THE DISTRICT COURT OF LEE COUNTY, 335TH JUDICIAL DISTRICT

NO. 10,711, HONORABLE WILLIAM W. VANCE, JUDGE PRESIDING 

PER CURIAM

 Because appellant Timothy James Winters has failed to file a brief, we will dismiss
the appeal for want of prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the clerk's record in this cause on September 27,
2000. Accordingly, appellant's brief was due on October 27, 2000. 

 By letter dated November 6, 2000, the Clerk of this Court notified the parties that
the appeal was subject to dismissal for want of prosecution unless appellant filed a brief by
November 16, 2000 or tendered a motion for extension of time reasonably explaining the failure
to do so. Thus far, appellant has submitted neither a brief nor a motion for extension of time to
file a brief.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Justices Kidd, B. A. Smith and Puryear

Dismissed for Want of Prosecution

Filed: January 25, 2001

Do Not Publish